IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

NORTHERN DISTRICT OF TEXAS
FILED
SEP 2 2 2009
CLERK, U.S. DISTRICT COURT
By _____
Deputy

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § § | 2:09-CR-0041 (01) |
| ELEUCARIO MARTINEZ-EUFRACIO | § | |

## ORDER ACCEPTING RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE
## CONCERNING PLEA OF GUILTY

After reviewing all relevant matters of record, including the Notice Regarding Entry of a Plea of Guilty, the Consent of the defendant, and the Findings of Fact and Recommendation on Felony Guilty Plea of the United States Magistrate Judge, and no objections thereto having been filed in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Recommendation of the Magistrate Judge concerning the Plea of Guilty is correct, and it is hereby accepted by the Court. Accordingly, the Court accepts the plea of guilty, and defendant, ELEUCARIO MARTINEZ-EUFRACIO, is hereby adjudged guilty. The case is continued for sentencing in accordance with the July 30, 2009 Scheduling Order.

IT IS SO ORDERED.

ENTERED this 22nd day of September, 2009.

MARY LOU ROBINSON
UNITED STATES DISTRICT JUDGE